IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAMIS GOUDA,
    Plaintiff,

v.

HARCUM JUNIOR COLLEGE;
JOYCE WELLIVER; and JULIA
S. INGERSOLL,
    Defendants.

CIVIL ACTION
No. 14-5456

FILED
JUN - 4 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW,** this ___4th___ day of ___June___, 2015, it is **ORDERED** that Defendants' Motion to Dismiss (ECF No. 8) is **GRANTED IN PART AND DENIED IN PART**.

Specifically, the motion is **GRANTED** as to:

- Count I (Breach of Contract) against Joyce Welliver and Julia S. Ingersoll.

- Count IV (Violation of Pennsylvania Rules of Professional Conduct) against Julia S. Ingersoll.

- Count VI (Negligent Infliction of Emotional Distress) against Harcum Junior College, Joyce Welliver, and Julia S. Ingersoll.

- Count VII (Intentional Infliction of Emotional Distress) against Harcum Junior College, Joyce Welliver, and Julia S. Ingersoll.

The motion as **DENIED** as to:

- Count I (Breach of Contract) against Harum Junior College.

- Count II (Violation of Pennsylvania Unfair Trade Practices and Consumer Protection Law) against Harcum Junior College.

- Count III (Promissory Estoppel) against Harcum Junior College, *Joyce Welliver,*

and Julia S. Ingersoll.[1]

_____
ANITA B. BRODY, J.

O:\ABB 2015\A - K\Gouda v. Harcum College ORDER MTD 6.2.docx

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to:

---

[1] Defendants do not move to dismiss Count V.